**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| YOLANDA MCDOW, ) | |
| BOP ID # 37471-177, ) | |
| ) | |
| vs. ) | No. 3:14-CV-1688-B (BH) |
| ) | (No. 3:08-CR-0167-B (7)) |
| UNITED STATES OF AMERICA ) | Referred to U.S. Magistrate Judge |

**RECOMMENDATION REGARDING REQUEST TO PROCEED**
**IN FORMA PAUPERIS ON APPEAL**

Pursuant to 28 U.S.C. § 636(b) and *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred to the United States Magistrate Judge.

Before the Court are Appellant's two *Motions and Affidavit for Leave to Proceed In Forma Paupers Pursuant to Title 28 U.S.C. § 1915* on appeal, received August 6, 2014 (docs. 11 and 13).

( )   The motion for leave to proceed *in forma pauperis* on appeal should be GRANTED.

( X )   The motions for leave to proceed *in forma pauperis* on appeal should be **DENIED** because the Petitioner/Appellant has not shown that she is a pauper. She did not provide a certificate of inmate trust account within 30 days as ordered on August 8, 2014 (doc. 12).

**If the Court denies the request to proceed *in forma pauperis* on appeal, movant may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).  *See* Fed. R. App. P. 24(a)(5).**

**SIGNED this 15th day of September, 2014.**

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE