UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YOLANDA MCDOW, | § | |
| BOP ID # 37471-177, | § | |
| | § | |
| vs. | § | No. 3:14-CV-1688-B (BH) |
| | § | (No. 3:08-CR-0167-B (7)) |
| UNITED STATES OF AMERICA | § | |

**ORDER OF THE COURT ON RECOMMENDATION REGARDING
REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Considering the record in this case and the recommendation of the Magistrate Judge, the Court hereby finds and orders:

( )   The motion for leave to proceed *in forma pauperis* on appeal is GRANTED.

( X )   the motion for leave to proceed *in forma pauperis* on appeal is DENIED because movant has not shown that he is a pauper.

( )   Although this Court has denied movant permission to proceed with this case *in forma pauperis*, movant may challenge this finding pursuant to *Baugh v. Taylor*, 117 F. 3d 197 (5th Cir. 1997), by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order.  *See also* Fed. R. App. P. 24(a)(5).

**DATE: November 10, 2014**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE